Prob 22 (Rev. 03/97)

FILED — RECEIVED
ENTERED — SERVED ON
COUNSEL/PARTIES OF RECORD
OCT 28 2004
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY DEPUTY

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NO. (Transferring Court) | 0:02CR00109-001(DSD) |
| DOCKET NO. (Receiving Court) | |

| NAME AND ADDRESS OF | DISTRICT | DIVISION | | |
|---|---|---|---|---|
| Thomas Robert Fenton | MINNESOTA | | | |
| | NAME OF SENTENCING JUDGE | | | |
| | David S. Doty | | | |
| | DATES OF SUPERVISION | FROM 7/26/2004 | TO 7/25/2007 | |

FILED — RECEIVED
ENTERED — SERVED ON
COUNSEL/PARTIES OF RECORD
2004 OCT 27 A 10:38
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY DEPUTY

OFFENSE

Conspiracy to Commit Mail Fraud and Transport Property Obtained by Mail Fraud
Illegal Monetary Transaction

ENTERED — RECEIVED
— SERVED ON
COUNSEL/PARTIES OF RECORD
OCT 21 2004
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

10/15/04
Date

David S. Doty United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

10/25/04
Effective Date

United States District Judge

CR-S-04-0430-HDM-PAL

SCANNED
U.S. DISTRICT COURT ST. PAUL

NOV 01 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK